IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **JOHNNY CARROLL MCDONALD**, *et al.* | | **PLAINTIFFS** |
| v. | Case No. 4:23-cv-00061-KGB | |
| **STETSON COURIER, INC.,** and **JOHN STETSON** | | **DEFENDANTS** |

## ORDER

Before the Court is plaintiffs' notice of related case (Dkt. No. 2).  Plaintiffs' claims are closely related to two other cases before Chief United States District Judge D.P. Marshall Jr., Case No. 4:20-cv-191-DPM and Case No. 3:21-cv-218.  The interests of judicial economy will best be served by transferring this case to Judge Marshall.  *Cf.* General Order 39(b)(5).  Therefore, the Court directs the Clerk's office to transfer this case to Judge Marshall.

It is so ordered this 1st day of February, 2023.

_____
Kristine G. Baker
United States District Judge