IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY CARROLL MCDONALD, et al.**                                **PLAINTIFFS**

vs.                                No. 4:23-cv-61-DPM

**STETSON COURIER, INC., and JOHN STETSON**                        **DEFENDANTS**

### MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS OF DEFENDANTS STETSON COURIER, INC. AND JOHN STETSON

Plaintiffs, by and through their undersigned attorneys of Sanford Law Firm, PLLC, for their Motion for Extension of Time for Service of Process for Defendants Stetson Courier, Inc. and John Stetson ("Motion"), state and allege as follows:

1. Plaintiffs make this request in good faith; this motion is made for good cause and not for the purpose of delay.

2. On January 27, 2023, Plaintiffs filed their Original Complaint against Defendants Stetson Courier, Inc., and John Stetson.

3. Plaintiffs' original deadline to serve Defendants is April 27, 2023.

4. Plaintiffs engaged a process server on or around January 31, 2023, but efforts to serve Defendants have continued to be unsuccessful.

5. The process server has tried multiple different addresses, but service has been unsuccessful.

6. This case is a related case to the consolidated case of *Roy Holmes, et al v. Stetson Courier, Inc., et al.*, Case No. 4:20-cv-191-DPM. Plaintiffs' counsel has reached out to the attorneys who represent the Defendants Stetson Courier, Inc., and John

Page 1 of 3
**Johnny Carroll McDonald, et al. v. Stetson Courier, Inc., et al.**
**U.S.D.C. (E.D. Ark.) No. 4:23-cv-61-DPM**
**Motion for Extension of Time for Service of Defendants**

Stetson in the related *Holmes* case to request waivers of service for this underlying case, but Plaintiffs' counsel was informed that they only represent the Defendants in the consolidated *Holmes* case and that they are not authorized to accept service on Defendants' behalf in this case.

7. The process server served an individual on April 3, 2023, to whom it was believed was someone designated by law to accept service of process on behalf of Stetson Courier, Inc. *See* ECF No. 5. However, it has since come to Plaintiffs' counsel's attention that an incorrect entity with an almost identical name to Stetson Courier, Inc. was served instead of Stetson Courier, Inc.

8. Plaintiffs believe that with additional time and continued diligent efforts, Defendants will be successfully served.

9. For the good cause shown, Plaintiffs seek a 60-day extension to serve process on Defendants.

10. Defendants will not be harmed or prejudiced if this Court grants the relief requested herein.

WHEREFORE, premises considered, Plaintiffs respectfully request that this Court enter an Order allowing them an additional 60 days, up to and including June 26, 2023, in which to serve the Summons and Original Complaint on Defendants, and for any other relief that the Court deems just and proper.

Page 2 of 3
Johnny Carroll McDonald, et al. v. Stetson Courier, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:23-cv-61-DPM
Motion for Extension of Time for Service of Defendants

Respectfully submitted,

**PLAINTIFFS JOHNNY CARROLL MCDONALD, et al.**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 3 of 3
**Johnny Carroll McDonald, et al. v. Stetson Courier, Inc., et al.**
U.S.D.C. (E.D. Ark.) No. 4:23-cv-61-DPM
Motion for Extension of Time for Service of Defendants