IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY CARROLL MCDONALD, et al.**                                    **PLAINTIFFS**

vs.                                No. 4:23-cv-61-DPM

**STETSON COURIER, INC., and JOHN STETSON**                     **DEFENDANTS**

**SECOND MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS**

    Plaintiffs Johnny Carroll McDonald, Casey Jackson, Philip Fitzgerald, John Shepperson, Rickey Coleman, Rory Cooper, Derick Buirts, Tiffany Campbell, Nicholas Delaney, Jason Chambers, Janet Bogan, Larry Calloway, Cheyann Chambers, Demetria Fails, Dashawn Fellows, Mary Hendrix, Chad Jinks, Rick Ketcham, Kiarra McElwee, Ashanti Miles, Stefanie Miller, Norman Sharp, Jeremiah Stephens, Diamond Ward, Ola Williams, Ebony Wilson, Ellison Florestine, Jacinto Diego, Kimberly McBride, Kelvin Powell and Kiara Ramey (collectively "Plaintiffs"), by and through their undersigned attorneys of Sanford Law Firm, PLLC, for their Second Motion for Extension of Time for Service of Process, state and allege as follows:

    1.    Plaintiffs make this request in good faith; this motion is made for good cause and not for the purpose of delay.

    2.    On January 27, 2023, Plaintiffs filed their Original Complaint against Defendants Stetson Courier, Inc., and John Stetson.

    3.    Plaintiffs' original deadline to serve Defendants was April 27, 2023.

    4.    On April 26, 2023, Plaintiffs filed a Motion for Extension of Time for Service of Process, seeking a 60-day extension to serve process on Defendants. ECF No. 6.

Page 1 of 4
Johnny Carroll McDonald, et al. v. Stetson Courier, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:23-cv-61-DPM
Second Motion for Extension of Time for Service

5. On April 27, 2023, this Court granted Plaintiffs' Motion for Extension of Time for Service of Process and extended the deadline to serve Defendants until June 26, 2023. ECF No. 7.

6. As stated in their April 26 Motion for Extension of Time for Service of Process (ECF No. 6), Plaintiffs engaged a process server on or around January 31, 2023, and though the process server has tried multiple different addresses, service has remained unsuccessful.

7. The process server has made continual efforts to serve Defendants at multiple addresses, including as recently as June 13, 2023, to no avail.

8. As stated in their April 26 Motion for Extension of Time for Service of Process (ECF No. 6), the process server had served an individual on April 3, 2023, to whom it was believed was someone designated by law to accept service of process on behalf of Stetson Courier, Inc., but it had come to Plaintiffs' counsel's attention that it was not actually the case.

9. As the Court is aware, this case is a related case to the consolidated case of *Roy Holmes, et al v. Stetson Courier, Inc., et al.,* Case No. 4:20-cv-191-DPM. As stated in their April 26 Motion for Extension of Time for Service of Process (ECF No. 6), Plaintiffs' counsel has already reached out to the attorneys who represent the Defendants Stetson Courier, Inc., and John Stetson in the related *Holmes* case to request waivers of service for this underlying case, but Plaintiffs' counsel was informed that they only represent the Defendants in the consolidated *Holmes* case and that they are not authorized to accept service on Defendants' behalf in this case.

10. Under Federal Rule of Civil Procedure 4(e)(1), an individual within a judicial

Page 2 of 4
Johnny Carroll McDonald, et al. v. Stetson Courier, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:23-cv-61-DPM
Second Motion for Extension of Time for Service

district of the United States may be served by "following state law for serving a summons in action brought in courts of general jurisdiction in the state where the district court is located or where service is made . . . ."

11. Under Federal Rule of Civil Procedure 4(h)(1)(A), a corporation, partnership, or association may be served "in a judicial district of the United States . . . in the manner prescribed by Rule 4(e)(1) for serving an individual . . . ."

12. Since personal service via a process server, as well as requesting a waiver of service from Defendants' counsel in a related matter, have been ineffective thus far, Plaintiffs are currently exploring other methods of service authorized under Arkansas and Florida state law.

13. Plaintiffs believe that with additional time they will be able to successfully serve Defendants with state law authorized statutory attempts of service. Plaintiffs will also continue to attempt personal service via a process server.

14. For the good cause shown, Plaintiffs seek a 45-day extension to serve process on Defendants.

15. Defendants will not be harmed or prejudiced if this Court grants the relief requested herein.

WHEREFORE, premises considered, Plaintiffs respectfully request that this Court enter an Order allowing them an additional 45 days, up to and including August 10, 2023, in which to serve the Summons and Original Complaint on Defendants, and for any other relief that the Court deems just and proper.

Page 3 of 4
Johnny Carroll McDonald, et al. v. Stetson Courier, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:23-cv-61-DPM
Second Motion for Extension of Time for Service

Respectfully submitted,

**PLAINTIFFS JOHNNY CARROLL MCDONALD, et al.**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 4 of 4**
**Johnny Carroll McDonald, et al. v. Stetson Courier, Inc., et al.**
**U.S.D.C. (E.D. Ark.) No. 4:23-cv-61-DPM**
**Second Motion for Extension of Time for Service**