# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Bradenton FL 34208           OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $10.80 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $5.05 |
| Total Postage and Fees | $19.20 |

RESTRICTED DELIVERY

Postmark Here — RUSSELL, AR 72802 — 06/28/2023

0802
03

Sent To: John Stetson
Street and Apt. No., or PO Box No.: 609 Regatta Way
City, State, ZIP+4: Bradenton FL 34208

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7022 2410 0000 0137 2096