

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Bradenton, FL 34208    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.35 | 0895 4 |
| $ $3.55 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy)  $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic)  $ $0.00 | |
| ☐ Certified Mail Restricted Delivery  $ $0.00 | |
| ☐ Adult Signature Required  $ $0.00 | |
| ☐ Adult Signature Restricted Delivery  $ | |
| Postage  $0.66 | |
| Total Postage and Fees  $8.56 | 08/08/2023 |

Sent To  John Stetson
Street and Apt. No., or PO Box No.  ReinRegatic Way
City, State, ZIP+4  Bradenton FL 34208

7020 0640 0001 3020 2652

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions





**Receipt 1:**

1. Article Addressed to:
Stetson Courier
c/o Secretary
595 Bay Isles Road
Ste 210
Longboat FL 34228

9590 9402 7716 2152 9809 41

2. Article Number: 7022 2410 0002 0137 2102

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

**Receipt 2:**

1. Article Addressed to:
John Stetson
609 Regatta Way
Bradenton FL 34208

RESTRICTED DELIVERY

9590 9402 7716 2152 9809 34

2. Article Number: 7022 2410 0002 0137 2096

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt