7022 2410 0002 0137 2119

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Tallahassee, FL 32303

| Certified Mail Fee | $4.15 | |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | Postmark Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $5.05 | |
| Total Postage and Fees | $12.55 | 06/28/2023 |

Sent To: Stetson Owner c/o FL Secretary
Street and Apt No. or PO Box No: 2415 N. Monroe, Suite 810
City, State, ZIP+4: Tallahassee FL 32303

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions