IN THE UNITED STATES DISTIRCT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY CARROLL MCDONALD, et al.**  PLAINTIFFS

No. 4:23-cv-61-DPM

**STETSON COURIER, INC., and JOHN STETSON**  DEFENDANTS

**RETURN OF SERVICE**

STATE OF ARKANSAS     )
COUNTY OF PULASKI     )

At approximately 3:30 AM/**PM** on the **20** day of July, 2023, I, Jeff Barnett, a Process Server for the County of Pulaski, State of Arkansas, did duly serve the cover letter, Summons, Original Complaint, Motion for Extension of Time, and Order Granting Extension, pursuant to Arkansas law, by hand-delivering a copy and stating the substance thereof, to the Arkansas Secretary of State in accordance with Arkansas law and the Arkansas Rules of Civil Procedure, by hand-delivering a copy and stating the substance thereof, to them as follows: Served upon Lyndajo Jones-Watson at 500 Woodlane St. LR, AR.

JEFF BARNETT
PROCESS SERVER
PULASKI COUNTY, ARKANSAS

SUBSCRIBED AND SWORN to before me,
a Notary Public, this **25** day of July, 2023.

NOTARY PUBLIC

Diane Langrell
Pulaski
NOTARY PUBLIC -- ARKANSAS
My Commission Expires   March 5, 2028
Commission No. 12703520