

# JOHN THURSTON

### ARKANSAS SECRETARY OF STATE

July 21, 2023

*Via Regular First Class Mail*

Sanford Law Firm
Kirkpatrick Plaza
10800 Financial Centre Parkway, Ste 510
Little Rock, AR 72211

Re: *Johnny Carroll McDonald, et al v Stetson Courier, Inc., and John Stetson*
*United States District Court, Eastern District of Arkansas*
*Case No. 4:23-cv-61DPM*

Dear Sir or Madam:

Pursuant to Ark. Code Ann. § 16-58-120, this office received the enclosed documents on July 21, 2023, in the case referenced above. Stetson Courier, Inc. c/o John Stetson, 595 bay Isles Rd, Ste 210 Longboat, FL 34228, is considered served with the enclosed documents on that date.

Please note that any response in an Arkansas State Court case normally must be filed with the Court Clerk within thirty (30) days from the date this office was served with a summons. It is your responsibility to ascertain the correct response date.

Sincerely,

Kelley Cobb
Legal Division

Enclosures: Cover letter, Original Summons, Original Complaint, Motion for Extension of Time, Order Granting Extension, defendant cover letter



# JOHN THURSTON

## ARKANSAS SECRETARY OF STATE

July 21, 2023

*Sent via First Class Mail*

Stetson Courier, Inc.
c/o John Stetson
595 Bay Isles Rd, Ste 210
Longboat, FL 34228

Re: *Johnny Carroll McDonald, et al v Stetson Courier, Inc., and John Stetson*
*United States District Court, Eastern District of Arkansas*
*Case No. 4:23-cv-61DPM*

Dear Sir or Madam:

Enclosed please find correspondence from the Plaintiff's attorney, a Summons, Complaint, Motion for Extension of Time, Order Granting Extension, in the above referenced case. This letter serves as confirmation of the receipt of these documents and their transmittal to you at the address indicated on this letter.

The enclosed documents are intended as service of process upon you and you should conduct yourself accordingly. It is not the role of the Secretary of State's office to offer any opinion or advice concerning the procedural or substantive issues involved or otherwise participate in this lawsuit.

Sincerely,

*Kelley Cobb*
Kelley Cobb
Legal Division

Enclosures: Summons, Complaint, Motion for Extension of Time, Order Granting Extension



# JOHN THURSTON

## ARKANSAS SECRETARY OF STATE

July 21, 2023

*Via Regular First Class Mail*

Sanford Law Firm
Kirkpatrick Plaza
10800 Financial Centre Parkway, Ste 510
Little Rock, AR 72211

Re:   *Johnny Carroll McDonald, et al v Stetson Courier, Inc., and John Stetson*
      United States District Court, Eastern District of Arkansas
      Case No. 4:23-cv-61DPM

Dear Sir or Madam:

Pursuant to Ark. Code Ann. § 16-58-120, this office received the enclosed documents on July 21, 2023, in the case referenced above. John Stetson, 6370 Watercrest Way, Unit 201, Lakewood Ranch, FL 34202, is considered served with the enclosed documents on that date.

Please note that any response in an Arkansas State Court case normally must be filed with the Court Clerk within thirty (30) days from the date this office was served with a summons. It is your responsibility to ascertain the correct response date.

Sincerely,

Kelley Cobb
Legal Division

Enclosures:  Cover letter, Original Summons, Original Complaint, Motion for Extension of Time, Order Granting Extension, defendant cover letter



# JOHN THURSTON

## ARKANSAS SECRETARY OF STATE

July 21, 2023

*Sent via First Class Mail*

John Stetson
6370 Watercrest Way, Unit 201
Lakewood Ranch, FL 34202

Re: *Johnny Carroll McDonald, et al v Stetson Courier, Inc., and John Stetson*
*United States District Court, Eastern District of Arkansas*
*Case No. 4:23-cv-61DPM*

Dear Sir or Madam:

Enclosed please find correspondence from the Plaintiff's attorney, a Summons, Complaint, Motion for Extension of Time, Order Granting Extension, in the above referenced case. This letter serves as confirmation of the receipt of these documents and their transmittal to you at the address indicated on this letter.

The enclosed documents are intended as service of process upon you and you should conduct yourself accordingly. It is not the role of the Secretary of State's office to offer any opinion or advice concerning the procedural or substantive issues involved or otherwise participate in this lawsuit.

Sincerely,

Kelley Cobb
Legal Division

Enclosures: Summons, Complaint, Motion for Extension of Time, Order Granting Extension