IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY CARROLL MCDONALD, et al.**                                **PLAINTIFFS**

vs.                                     No. 4:23-cv-61-DPM

**STETSON COURIER, INC., and JOHN STETSON**                         **DEFENDANTS**

## NOTICE

Plaintiffs Johnny McDonald, et al., by and through their attorney Josh Sanford of Sanford Law Firm, PLLC, for their Notice, state and allege as follows:

1.  On 2023 January 27, Plaintiffs filed their Original Complaint against Defendants Stetson Courier, Inc., and John Stetson. (ECF No. 1)

2.  After numerous attempts at service and several extensions of time to serve, Plaintiffs filed a Status Report updating the Court on its efforts to serve Defendants. *See* ECF No. 13.

3.  At the time of that Status Report, Plaintiffs indicated that they were awaiting the results of its most recent certified mailings relating to attempts to serve via the Secretary of State. *See* ECF No. 13 at ¶ 18-19.

4.  This Court entered a subsequent text order indicating that Plaintiffs should inform the Court as to whether they had obtained good service of process on Defendants by 8 September, or the Court would dismiss the case without prejudice.

5.  This notice serves to inform the Court that those mailings were returned as undeliverable, and Plaintiffs' reading of the relevant service statutes indicates that this means good service was not affected.

6.  Unless the Court desires that Plaintiffs attempt a separate form of alternative service such as publication, Plaintiffs will await the Court's dismissal without prejudice and move to refile their case.

7.  Plaintiffs affirmatively state that they have complied with the Arkansas savings statute codified at Ark. Code Ann. § 16-56-126 by commencing their action within the time prescribed and actively attempted service for the duration of the time to serve.

Respectfully submitted,

**JOHNNY CARROLL MCDONALD, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com