IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHNNY CARROLL MCDONALD;
CASEY JACKSON; PHILIP FITZGERALD;
JOHN SHEPPERSON; RICKEY COLEMAN;
RORY COOPER; DERICK BUIRTS;
TIFFANY CAMPBELL; NICHOLAS DELANEY;
JASON CHAMBERS; JANET BOGAN;
LARRY CALLOWAY; CHEYANN CHAMBERS;
DEMETRIA FAILS; DASHAN FELLOWS;
MARY HENDRIX; CHAD JINKS;
RICK KETCHAM; KIARRA MCELWEE;
ASHANTI MILES; STEFANIE MILLER;
NORMAN SHARP; JEREMIAH STEPHENS;
DIAMOND WARD; OLA WILLIAMS;
EBONY WILSON; ELLISON FLORESTINE;
JACINTO DIEGO; KIMBERLY MCBRIDE;
KELVIN POWELL; and KIARA RAMEY                          PLAINTIFFS

v.                      No. 4:23-cv-61-DPM

STETSON COURIER, INC.
and JOHN STETSON                                        DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 September 2023